UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAY 05 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:22-CR-31-REW

KEVIN GRUBB and
JONATHAN STATKIEWICZ

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. §§ 371, 922(a)(3), & 924(a)(1)(D)

Beginning on or about a date in July 2020 and continuing through on or about a date in April 2021, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**KEVIN GRUBB and
JONATHAN STATKIEWICZ**

did knowingly and willfully conspire with each other and with Co-Conspirator #1 ("CC-1"), Co-Conspirator #2 ("CC-2"), and others, while not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, to transport into and receive in the State of Illinois, where CC-1 resided, firearms purchased and otherwise obtained outside the State of Illinois, in violation of 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D).

*Manner and Means*

The object of the conspiracy was to be accomplished, in substance, by GRUBB

and STATKIEWICZ obtaining firearms in Kentucky, including through purchases from CC-2, and STATKIEWICZ then transporting the firearms to CC-1 in Illinois. CC-1 also traveled to Kentucky to purchase firearms at flea markets and then provided the firearms to STATKIEWICZ to later transport back to CC-1 in Illinois.

*Overt Acts*

In furtherance of the conspiracy and to effect and accomplish the object thereof, the following overt acts, among others, were committed within the Eastern District of Kentucky and elsewhere:

a. On or about November 12, 2020, **GRUBB** directed **STATKIEWICZ** to pick up from CC-2's residence a firearm **GRUBB** had agreed to purchase from CC-2, which firearm was a Smith & Wesson M&P 45 pistol bearing serial number DSY8948.

b. On or about December 9, 2020, **GRUBB** informed **STATKIEWICZ** that CC-1 had inquired whether **STATKIEWICZ** could be in Chicago, Illinois "by Friday" because CC-1 had "a few sold already," and **STATKIEWICZ** confirmed he could "be there tomorrow."

c. On or about March 8, 2021, **GRUBB** arranged via Facebook Messenger to purchase from CC-2 a Springfield XD9 pistol bearing serial number BY529416.

d. On or about March 9, 2021, **STATKIEWICZ** received the Springfield XD9 pistol bearing serial number BY529416 from CC-2 in Somerset, Kentucky.

e. On or about April 10, 2021, **STATKIEWICZ**, having received confirmation

from GRUBB that CC-1 was ready to receive firearms, transported firearms to CC-1 in Chicago, Illinois.

## COUNT 2
### 18 U.S.C. § 922(a)(5) & 924(a)(1)(D)
### 18 U.S.C. § 2

On or about April 10, 2021, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**KEVIN GRUBB and
JONATHAN STATKIEWICZ,**

aided and abetted by others and while not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully transfer, transport, and deliver a firearm, that is, a Springfield XD9 pistol bearing serial number BY529416 to CC-1, said person not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Kentucky, the State in which the defendants were both residing at the time, all in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D).

## COUNT 3
### 18 U.S.C. § 922(a)(1)(A)

Beginning on or about a date in July 2020 and continuing through on or about a date in April 2021, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**KEVIN GRUBB,**

not being a licensed importer, manufacturer, dealer, and collector of firearms within the

meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms, all in violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

**A TRUE BILL**

███████████████

**FOREPERSON**

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-3:** Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.